# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Starrag USA, Inc. ) | ASBCA Nos. 62036, 62037 |
| ) | |
| Under Contract No. SPM4A8-17-C-0001 ) | |

APPEARANCE FOR THE APPELLANT:    Mr. John Morris
                                 Project Manager

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
                                  DLA Chief Trial Attorney
                                 Edward R. Murray, Esq.
                                 Ashley M. Kelly, Esq.
                                  Trial Attorneys
                                  DLA Aviation
                                  Richmond, VA

## ORDER OF DISMISSAL

By email dated April 12, 2019, appellant filed a notice of appeal challenging a contracting officer's final decision dated April 12, 2019. Appellant's notice of appeal was signed by Mr. John Morris, who was identified as appellant's project manager. The Board docketed these appeals, listed Mr. Morris as appellant's representative, and directed appellant by Order dated April 17, 2019 to show that its representative met the requirements of Board Rule 15(a).

By Order dated April 26, 2019, the Board again directed appellant to show that it is represented by a person meeting the criteria of Board Rule 15(a). The April 26, 2019 Order stated that if appellant did not comply with the Order by May 10, 2019, the Board may dismiss the appeals without further notice to the parties. On May 14, 2019 Mr. Morris sent the Board an email stating, "Starrag wishes to cancel the appeal of this issue."

A representative meeting the requirements of Rule 15(a) did not enter a notice of appearance. Without a representative meeting the requirements of Rule 15(a), the Board

is unable to proceed. Accordingly, the appeals are dismissed.

Dated: June 4, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62036 & 62037, Appeals of Starrag USA, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2